# United States District Court

## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.

RAY E. CLEVENGER
[DOB: 07/02/1975]

*Forcibly Resisting a Federal Law Enforcement Officer*
18 U.S.C. §§ 111(a)(1) and (b)
NMT 20 Years Imprisonment
NMT $250,000 Fine
NMT 3 Years Supervised Release
Class C Felony
$100 Mandatory Special Assessment

**CRIMINAL COMPLAINT**
**Case Number:   20-MJ-00187-JAM (WBG)**

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about December 30, 2020, in the Western District of Missouri, the defendant, RAY E. CLEVENGER, knowingly and intentionally, did forcibly assault, resist, oppose, and impede, interfere with and inflict bodily injury on a Deputy United States Marshal while engaged in the performance of official duties, and in the commission of such act used a deadly and dangerous weapon, contrary to the provisions of Title 18, United States Code, Sections 111(a)(1) and (b).

I further state that I am a Task Force Officer with the Federal Bureau of Investigation and that this complaint is based on the following facts:

(See attached Affidavit),

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No.

LORAN FREEMAN, Task Force Officer
Federal Bureau of Investigation

Sworn and subscribed to by telephone,

| | | |
|---|---|---|
| December 31, 2020        At 3:30 pm | at | Kansas City, Missouri |
| Date | | City and State |

HONORABLE W. BRIAN GADDY
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer